464 A.2d 537

Commonwealth v. Humphreys, Jr., Appellant.
Petition for Allowance of Appeal
Denied Dec. 14, 1983.

Argued
May 4, 1983.   W. Russell Carmichael, for appellant;  Sandra
L. Elias, Assistant District Attorney, for Commonwealth,
appellee.

Before McEWEN, CIRILLO and HOFFMAN, JJ.

The judgment of sentence is affirmed on the opinion of
the learned Delaware County Common Pleas Court Judge
Clement J. McGovern, Jr.

464 A.2d 537

Commonwealth v. Moore, Appellant.

Submitted June 9, 1982.   Jon C. Lyons, for appellant;
Louise G. Herr, Assistant District Attorney, for Common-
wealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Order affirmed.